IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-545-FDW-DCK

| | |
|---|---|
| TITANIUM ASSET MANAGEMENT CORP., a foreign corporation, on behalf of itself and its wholly owned subsidiary, SOVEREIGN HOLDINGS, LLC, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER ) |
| JEFFREY R. HINES, individual, | ) ) |
| Defendant. | ) ) ) |

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed January 7, 2010 for admission of Christi R. Adams as counsel *pro hac vice* on behalf of Plaintiff Titanium Asset Management Corp.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Adams shall be admitted to appear before this court pro hac vice on behalf of Plaintiff Titanium Asset Management Corp. It appears that Ms. Adams has associated Sara Wyche Higgins of Higgins Law Firm PLLC as local counsel.

Signed: January 7, 2010

David C. Keesler
United States Magistrate Judge